**Order entered January 25, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00030-CV

**GOLDEN SUMMIT INVESTORS GROUP, LTD, Appellant**

**V.**

**APEX CLEARING CORPORATION, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-00151**

**Before Chief Justice Wright and Justices Lang-Miers and Lewis**

## ORDER

Before the Court is appellant's January 10, 2013 motion for temporary orders and request for expedited consideration and appellees' January 15, 2013 response. In the motion, appellant seeks to stay all district court proceedings against Golden Summit pending the outcome of this interlocutory appeal. After considering the motion and response, appellant's motion is **DENIED**. This interlocutory appeal will be set in due course.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE